# United States Bankruptcy Court
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| In re: | : | |
| Kevin C. Rychlik | : | Case No. 24-11441-KHK |
| | | (Chapter 7) |
| Debtor | : | |

**APPLICATION PURSUANT TO FED. R. BANKR. P. 1007 FOR AN ORDER GRANTING AN EXTENSION OF TIME TO FILE DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS AND SCHEDULES**

Kevin C. Rychlik (the "Debtor"), and files this Motion to Extend Deadline to File Schedules, Statement of Affairs and other documents:

**SUMMARY OF RELIEF REQUESTED**

1. By this application (the "Motion"), the Debtor seeks entry of an order, pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and §521 of the United States Code (the "Bankruptcy Code"), extending through August 28, 2024 (a date eight (8) days prior to the scheduled 341 hearing in this matter), the time within which it must file its Statement of Financial Affairs, Schedule of Assets and Liabilities, and Schedule of Executory Contracts and Unexpired Leases and other documents (such statement and schedules hereinafter referred to as the "Schedules"). For the reasons set forth below, additional time is needed to ensure that these documents, when filed, represent the most accurate and complete data to facilitate the ongoing administration of this Chapter 7 case.

**JURISDICTION**

2. The Court has jurisdiction over this Motion under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this proceeding is proper pursuant to 28 U.S.C. §1408 and §1409.

3. The statutory predicates for the relief requested herein are section 521 of the Bankruptcy Code, Fed. R. Bankr. P. 1007 and Local Rule 1007-1.

## BACKGROUND

4. On August 6, 2024 (the "Petition Date"), the Debtor commenced its Chapter 7 case (the "Chapter 7 Case") by the filing of a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. Janet M. Meiburger, Esq., has been appointed the Chapter 7 Trustee in this matter.

5. Section 521 of the Bankruptcy Code and Bankruptcy Rule 1007 require the Debtor to file the Schedules within 14 days following the Petition Date. The Schedules are due on August 20, 2024.

6. Fed. R. Bankr. P. 1007(a)(5) and (c), and Local Rule 1007-1 provides that any extension of time to file the Schedules may be granted only upon motion for cause shown. The Debtor submits that ample cause exists for an extension of time to file its Schedules for the reasons set forth below.

7. This bankruptcy case is one of four related matters, the total number of creditors in these matters is approximately five hundred (500). The principal of the Debtor, Kevin Rychlik (with the assistance of his spouse) is the only person that is working on the gathering of the information necessary to complete the Schedules. Mr. Rychlik has, in recent months, suffered several strokes and as a result must "pace" himself in the workload required to complete these tasks.

8. To provide the Debtor with sufficient time to obtain information required to complete the Schedules, all in the appropriate formats prescribed by the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules of the Eastern District of Virginia (the "Local Rules"), the Debtor seeks an extension of time to file its Schedules for eight (8) days through and including August 28, 2024.

9. Fed R. Bankr. P. 1007 provides for the extension, for cause, of the time for the filing of Schedules. In view of the circumstances of the filing of the Debtor's Chapter 7 Case, cause exists for the requested extension and no harm will befall creditors for a minor delay.

## NOTICE

10. Notice of this Motion has been given to the Office of the United States Trustee, the Chapter 7 Trustee, those creditors who have entered an appearance in this case pursuant to Bankruptcy Rule 2002, and the secured creditors in this matter, together with the 20 largest creditors as required by Local Rule 1007-1.

## NO PREVIOUS REQUEST

11. No prior motion for the relief requested herein has been made to this or any other Court.

WHEREFORE, the Debtor respectfully requests that the Court enter an order granting an extension of time to file the Schedules through and including August 28, 2024, as set forth herein, and grant such further relief as is just and proper.

                                                                                          KEVIN C. RYCHLIK
                                                                                          By Counsel

_____
Timothy J. McGary, #21208
Counsel for Debtor
8609 Westwood Center Drive, Suite 203
Vienna, VA 22182-7521
(703) 636-7107 or (888) 636-7107 (Voice)
(703) 636-7108 or (888) 636-7108 (Fax)
E-mail: tjm@mcgary.com

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document was mailed, postage prepaid on August 20, 2024, to the following:

_____
Timothy J. McGary

Business Ventures Management, LLC
3975 University Drive
Suite 410
Fairfax, VA 22030

Frederic Gumbinner and Brad Mann
3975 University Drive
Suite 410
Fairfax, VA 22030

GIUSEPPE CAMINITI
525 K EAST MARKET ST.
Leesburg, VA 20176

Hubert Zucker, HR Ztech LLC
PO Box 223711
Chantilly, VA 20153

Icon Finance, LLC c/o Gross, Romanick, Dean
3975 University Drive
Suite 410
Fairfax, VA 22030

John A Andrews c/0 James P. Campbell, Esq.
22330 Sam Fred Rd.
Middleburg, VA 20117

Overton Funding
2802 North 29th Ave
Hollywood , FL 33020

Philip Saenger
2601 Babcock Rd
Vienna, VA 22181

Santorini Services LLC
2000 Massachusetts Ave NW
Washington, DC 20036

William Bryant Jennings, Cavalry Villiage LLC
6101 Redwood Square Center
Suite 302
Centreville, VA 20121

AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Caplin & Drysdale
One Thomas Circle NW
Suite 1100
Washington, DC 20005

Christopher Salisbury
9137 Grant Avenue
Manassas, VA 20110

Danny Miller
12207 Woodlark Ct.
Manassas, VA 20112

Dulles Aviation Inc
13141 Flynn Ct
Bristow, VA 20136

Eric H. Norby c/o Woodburn Nuclear Medicine
3289 Woodburn Rd
Ste 060
Annandale, VA 22003

JA Hawk Leasong LLC
43W700 US Route 30
Sugar Groove, IL 60554

James Burton
6570 Pleasant Colony Lane
Warrenton, VA 20187

James W. VanLuven TTE VAN LUVEN TRUST
6311 Liberty Road
Bealeton, VA 22712

Jeffery T. Martin, Jr.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182

John P. Goetz
86 W. Shirley Avenue
Warrenton, VA 20186

Joseph Bechtold
544 7th st SE
Washington, DC 20003

Kevin Roll
2282 Dosinia Court
Newport News, VA 23602

Kuehn Family Trust,R. Michael Kuehn & Susan
10505 DUNN MEADOW RD
Vienna, VA 22182

Lee Hattrup
6559 Spring Valley Dr
Alexandria, VA 22312

Marianne Hallet
9712 Handerson Pl
Unit 406
Manassas Park, VA 20111

Michael Hasz
1503 North Village Rd
Reston, VA 20194

Michael Malinoski
P.O. Box 2641
Fairfax, VA 22031

Randolph Williams LWR Aircrafts Sales
PO Box 789
Sterling, VA 20167

Reginald D and Kimberly S. Boudinot
P.O. Box 1070
White Stone, VA 22578

S. Leon McGlothlin
11505 Lee Hwy
Manassas, VA 22109

Video Dynamics Inc
14000 Thunder Bolt Place
Chantilly, VA 20151

W. Calvin Smith, Esq.
211 Church Street S.E.
Leesburg, VA 20175

Warren Thompson
10053 Nokesville Rd
Manassas, VA 20110