**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| IN RE: ) | |
| ) | |
| RYCHLIK, KEVIN C. ) | Case No. 24-11441-KHK |
| ) | Chapter 7 |
| Debtors ) | |

## RESIGNATION OF TRUSTEE

The undersigned hereby resigns as Chapter 7 Trustee in this case.

Respectfully submitted,

THE MEIBURGER LAW FIRM, P.C.

Dated: September 18, 2024          By /s/ Janet M. Meiburger
                                                              Janet M. Meiburger, Esq., VSB No. 31842
                                                              The Meiburger Law Firm, P.C.
                                                              1493 Chain Bridge Road, Suite 201
                                                              McLean, Virginia 22101
                                                               (703) 556-7871

_____
Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 18th day of September, 2024, a true and correct copy of the foregoing Resignation of Trustee will be served by ECF e-mail pursuant to the applicable Standing Order of the Court.

                                        /s/ Janet M. Meiburger
                                        Janet M. Meiburger