IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

**Kevin C. Rychlik,**                                  Case No. **24-11441-KHK**

**Debtor.**                                               Chapter 7

_____

**APPOINTMENT OF SUCCESSOR TRUSTEE
AND DESIGNATION OF REQUIRED BOND**

_____

**Kevin R. McCarthy** is hereby appointed successor Trustee for the estate of the above named Debtor, the previous Chapter 7 Trustee, **Janet M. Meiburger**, having resigned (Doc. No. 31).

This case will be covered by a blanket bond for Chapter 7 trustees, a copy of which is on file with the court.

Date: September 19, 2024                        GERARD R. VETTER
                                                                Acting United States Trustee, Region 4

                                                                 By: */s/ Michael T. Freeman*
                                                                 Michael T. Freeman
                                                                 Virginia State Bar No. 65460
                                                                 Asst. United States Trustee
                                                                 Office of the United States Trustee
                                                                 1725 Duke Street, Suite 650
                                                                 Alexandria, VA 22314
                                                                 (703) 557-7274- Direct Dial
                                                                 (202) 934-4174- Office Cell
                                                                 Michael.T.Freeman@usdoj.gov